**HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | NO. CV04-1852 RSM |
| v. | **STIPULATED MOTION REQUESTING THE COURT APPOINT A MAGISTRATE FOR EARLY MEDIATION AND ORDER** |
| JOHN STEFANCHIK, individually and as an officer and director of Beringer Corporation, | |
| SCOTT B. CHRISTENSEN, individually and as an officer and director of Atlas Marketing, Inc., | **NOTE ON MOTION CALENDAR:** **April 11, 2006** |
| JUSTIN W. ELY, individually and as an officer and director of Premier Consulting Group, Inc., and as a manager of Atlas Marketing, Inc., | |
| BERINGER CORPORATION, dba The Stefanchik Organization, a Washington corporation, and, | |
| ATLAS MARKETING, INC., also dba The Stefanchik Organization, a Nevada corporation, and | |
| PREMIER CONSULTING GROUP, INC., a Utah Corporation, | |
| Defendants. | |

**STIPULATED MOTION AND ORDER RE: APPOINTMENT OF MAGISTRATE FOR EARLY MEDIATION - 1**

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000

**RELIEF REQUESTED**

COME NOW all parties to this case, through their respective counsel of record, and hereby request that the Court appoint a Federal Magistrate to conduct an early mediation as soon as possible. The parties believe that a mediation with a Federal Magistrate at this point in the litigation is likely to foster an early and inexpensive resolution of the case.

**STATEMENT OF FACTS**

A.   **Summary of the Claims**

Defendants, Beringer Corporation, Atlas Marketing, Inc., John Stefanchik, Scott Christensen and Justin Ely, marketed and sold educational materials and related services and seminars ("Program") via telemarketing and an Internet web site. The Program purported to teach consumers how to make money by buying and selling privately-held mortgage notes, commonly referred to as "paper." Through advertisements, promotional materials, and telemarketing pitches made to consumers, defendants represented that consumers could earn money if they followed the defendants' methods for buying and selling paper. Defendants also sold personal coaching services to consumers who purchased the Program.

In its Complaint, plaintiff FTC alleges that defendants made false and unsubstantiated claims that consumers were likely to make substantial amounts of money using the defendants' paper business methods or services in violation of Section 5 of the FTC Act, 15 U.S.C. § 45. The FTC also alleges that these representations violate Part 310 of the Telemarketing Sales Rule, 16 C.F.R. Part 310. Plaintiff FTC further alleges that defendants made false representations in violation of Section 5 of the FTC Act, 15 U.S.C. § 45, to consumers that defendants' coaches had experience and expertise in the paper business and were readily available to consumers to help assure their success. Defendants deny the FTC's allegations. Defendants assert that they provided students with the potential to make substantial amounts of

STIPULATED MOTION AND ORDER RE: APPOINTMENT OF
MAGISTRATE FOR EARLY MEDIATION - 2

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000

a

money through completion of the Program. Defendants also assert that their coaching staff, in addition to being available, possessed the experience and expertise necessary to aid students in succeeding in the Program. Finally, Defendants assert that they did not make false representations to consumers in connection with a telemarketing sale, and thus are not liable under the Telemarketing Sales Rule. Defendants Stefanchik and Beringer filed a cross-claim against Defendants Atlas and Christensen alleging negligence. Defendants Atlas and Christensen deny these allegations in their entirety.

### B. Procedural Status

This case is scheduled for trial on January 8, 2007, and mediation is to be conducted by November 24, 2006. The parties have conducted periodic settlement negotiations over the past year. While at times the parties have felt that a resolution was near, they have been unable to conclude settlement. All parties believe that mediation at this time with a Federal Magistrate would be beneficial before everyone incurs extensive fees and costs in conducting additional discovery.

## LEGAL ANALYSIS

CR 16(b) provides as follows:

**(b) Later Recommendations of Parties for ADR Proceedings.**

> As the case proceeds, if counsel for any party concludes that an ADR procedure would have a significant possibility of fostering an early and inexpensive resolution of the case, that counsel shall so advise the court and all other counsel in writing. Whenever possible, such reports should be submitted jointly by counsel for all parties.

Here, all parties to this case believe that there is a significant possibility of fostering an early and inexpensive resolution of this case if they can proceed with mediation before a Federal Magistrate in the very near future. The parties acknowledge that CR 39.1

STIPULATED MOTION AND ORDER RE: APPOINTMENT OF
MAGISTRATE FOR EARLY MEDIATION - 3

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000

1  contemplates that parties will first conduct a private mediation before requesting a Federal
2  Magistrate to conduct such proceedings.  However, in this particular case, it is the view of all
3  counsel, that a conventional mediator, such as a retired judge or private attorney, would not
4  command the same type of respect and legal authority as would a Federal Magistrate.  This is
5  particularly needed in view of the fact that extensive negotiations have occurred but an actual
6  settlement has repeatedly fallen through.  Moreover, it is difficult and costly to find a private
7  mediator with expertise in this specialized area of federal law involving the FTC Act and the
8  Telemarketing Sales Rule.  For these reasons, the parties request this Court make a special
9  accommodation and order the parties to participate in mediation with a Federal Magistrate as
10 early as mid-May.

## CONCLUSION

The parties to this case believe that there is a significant possibility of fostering an early and inexpensive resolution of this case if they can proceed with mediation before a Federal Magistrate in the very near future.   Accordingly, this stipulated motion is presented to the Court on behalf of all parties.

DATED this 11th day of April, 2006.

| COZEN O'CONNOR | FEDERAL TRADE COMMISSION |
|---|---|
| By: s/Jodi A. McDougall<br>    Jodi A. McDougall, WSBA No. 22060<br>    1201 Third Avenue, Suite 5200<br>    Seattle, WA  98101<br>    Telephone:  206.340.1000<br>    Fax:  206.621.8783<br>    E-mail:  jmcdougall@cozen.com<br>Attorneys for Defendants Scott B. Christensen and Atlas Marketing, Inc. | By: s/ Nadine S. Samter<br>    Nadine S. Samter (WSBA No. 23881)<br>    Kial Young (DC Bar No. 461348)<br>    915 Second Avenue, Suite 2896<br>    Seattle, WA  98174<br>    Telephone:  206.220.6350<br>    Fax:  206.220.6366<br>    E-Mail:  nsamter@ftc.gov<br>Attorneys for Plaintiff Federal Trade Commission |

**STIPULATED MOTION AND ORDER RE: APPOINTMENT OF MAGISTRATE FOR EARLY MEDIATION  - 4**

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000

| | |
|---|---|
| WILLIAMS KASTNER & GIBBS | BETTS PATTERSON & MINES, P.S. |
| By: s/Rodney L. Umberger, Jr._____<br>    Rodney L. Umberger, Jr., WSBA #24948<br>    601 Union Street, Suite 4100<br>    Seattle, WA  98101<br>    Seattle, WA  98111-3926<br>    Telephone: 206.628.6600<br>    Fax:  206.628.6611<br>    E-mail: rumberger@wkg.com<br>Attorneys for Defendants Stefanchik and Beringer Corporation: | By: s/ James D. Nelson_____<br>    James D. Nelson, WSBA #11134<br>    Betts, Patterson & Mines, P.S.<br>    One Convention Place, Suite 1400<br>    701 Pike Street<br>    Seattle, WA  98101-3927<br>    Telephone: 206.292.9988<br>    Fax:  206.343.7053<br>    E-mail:  jnelson@bpmlaw.com<br>Attorneys for Defendants Justin W. Ely and Premier Consulting Group, Inc. |

### ORDER

Based upon the foregoing stipulation of the parties, the Court hereby GRANTS the motion for appointment of a Federal Magistrate to conduct an early mediation as soon as possible.

Done this __19____ day of _April_ 2006.

_____

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

| | |
|---|---|
| COZEN O'CONNOR | FEDERAL TRADE COMMISSION |
| By: s/Jodi A. McDougall_____<br>    Jodi A. McDougall, WSBA No. 22060<br>    1201 Third Avenue, Suite 5200<br>    Seattle, WA  98101<br>    Telephone: 206.340.1000<br>    Fax:  206.621.8783<br>    E-mail: jmcdougall@cozen.com<br>Attorneys for Defendants Scott B. Christensen and Atlas Marketing, Inc. | By: s/ Nadine S. Samter_____<br>    Nadine S. Samter (WSBA No. 23881)<br>    Kial Young (DC Bar No. 461348)<br>    915 Second Avenue, Suite 2896<br>    Seattle, WA  98174<br>    Telephone: 206.220.6350<br>    Fax:  206.220.6366<br>    E-Mail:  nsamter@ftc.gov<br>Attorneys for Plaintiff Federal Trade Commission |

**STIPULATED MOTION AND ORDER RE: APPOINTMENT OF MAGISTRATE FOR EARLY MEDIATION - 5**

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000

| | |
|---|---|
| WILLIAMS KASTNER & GIBBS | BETTS PATTERSON & MINES, P.S. |
| By: s/Rodney L. Umberger, Jr.<br>    Rodney L. Umberger, Jr., WSBA #24948<br>    601 Union Street, Suite 4100<br>    Seattle, WA  98101<br>    Seattle, WA  98111-3926<br>    Telephone: 206.628.6600<br>    Fax: 206.628.6611<br>    E-mail: rumberger@wkg.com<br>Attorneys for Defendants Stefanchik and Beringer Corporation: | By: s/ James D. Nelson<br>    James D. Nelson, WSBA #11134<br>    Betts, Patterson & Mines, P.S.<br>    One Convention Place, Suite 1400<br>    701 Pike Street<br>    Seattle, WA  98101-3927<br>    Telephone: 206.292.9988<br>    Fax: 206.343.7053<br>    E-mail: jnelson@bpmlaw.com<br>Attorneys for Defendants Justin W. Ely and Premier Consulting Group, Inc. |

**STIPULATED MOTION AND ORDER RE: APPOINTMENT OF MAGISTRATE FOR EARLY MEDIATION - 6**

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000